DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HERBERT MICHEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2032

[November 10, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 50-2010CF010834-AXXX-MB.

Herbert Michel, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., CIKLIN and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***